FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/3/2015 11:22:16 AM
KEITH E. HOTTLE
Clerk

# EXHIBIT F

CAUSE NO. JSC4-4994

| DAVID GOAD | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | PRECINCT NO. 4 |
| | § | |
| ERICK STREY | § | |
| AND | § | |
| DOES 1 THROUGH 10 | § | |
| DEFENDANTS | § | GUADALUPE COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT ERICK STREY'S MOTION TO DISMISS

ON THIS DAY the Court considered Defendant Erick Strey's Motion to Dismiss. The Court, having reviewed the Motion, the response if any and arguments of the parties, if any, is of the opinion that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Plaintiff's lawsuit is DISMISSED for want of Subject Matter Jurisdiction.

Signed on _September 10 2014_

_____
Honorable Judge Presiding